**JAMES W. JOHNSTON**
ATTORNEY AT LAW
3877 Twelfth Street
Riverside, CA 92501
State Bar No. 125287
Tel: (213) 291-0648
Fax: (877) 571-0091
jj@johnstonlawoffice.com

**LAW OFFICE OF KELLY Y. CHEN**
Kelly Y. Chen, Esq. (SBN 253822)
1811 S. Del Mar Ave, Suite 213
San Gabriel, California 91776
Telephone:       (626) 381-9886
Facsimile: (626) 389-5455
Email: Attorney@KellyChenLaw.com

Attorneys for Plaintiff

UNIITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PYLE<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, a California business, and Does 1 through 10, inclusive<br><br>    Defendants | Case No.: 3:13-cv-03927-MEJ<br><br>**REQUEST TO APPEAR VIA COURTCALL**<br><br>Hon. Maria-Elena James |

1  ///

2  ///

3  ///

4  Pursuant to the advice of the clerk in department B, plaintiff hereby submits this request for permission to appear at the case management conference on December 5, 2013 at 10 am via CourtCall. Plaintiff's counsel and co-counsel are both based in Southern California. For this reason, plaintiff respectfully requests that counsel may attend the case management conference via CourtCall in order to save time and resources.

Dated:  October 11, 2013                _____/s/ Kelly Chen_____
                                        James W. Johnston, Esq.
                                        Kelly Y. Chen, Esq.
                                        Attorneys for Plaintiff
                                        ELIZABETH PYLE

Dated:  October 16, 2013
Request to appear by phone is GRANTED. However the Court will call counsel at 10:00 a.m., on December 5, 2013.  Magistrate Judge James does not use Courtcall.  Counsel shall make herself available beginning at 10:00 a.m.

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PROPOSED ORDER

Plaintiff's request to appear via CourtCall at the December 5th Case Management Conference is granted.

Date: October ___, 2013

By: _____
The Honorable Maria-Elena James
Magistrate Judge of the United States
District Court-Northern District of
California