**JAMES W. JOHNSTON**
ATTORNEY AT LAW
3877 Twelfth Street
Riverside, CA 92501
State Bar No. 125287
Tel: (213) 291-0648
Fax: (877) 571-0091
jj@johnstonlawoffice.com

**LAW OFFICE OF KELLY Y. CHEN**
Kelly Y. Chen, Esq. (SBN 253822)
1811 S. Del Mar Ave, Suite 213
San Gabriel, California 91776
Telephone:         (626) 381-9886
Facsimile: (626) 389-5455
Email: Attorney@KellyChenLaw.com

Attorneys for Plaintiff

UNIITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PYLE<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, a California business, and Does 1 through 10, inclusive<br><br>        Defendants | Case No.: 3:13-cv-03927-MEJ<br><br>**REQUEST TO APPEAR VIA COURTCALL**<br><br>Hon. Maria-Elena James |

1  ///
2  ///
3  ///
4  Pursuant to the advice of the clerk in department B, plaintiff hereby submits this
5  request for permission to appear at the case management conference on December 5,
6  2013 at 10 am via CourtCall. Plaintiff's counsel and co-counsel are both based in
7  Southern California. For this reason, plaintiff respectfully requests that counsel may
8  attend the case management conference via CourtCall in order to save time and
9  resources.

11  Dated:  October 11, 2013             _____/s/ Kelly Chen_____
12                                        James W. Johnston, Esq.
                                          Kelly Y. Chen, Esq.
13                                        Attorneys for Plaintiff
14                                        ELIZABETH PYLE

                                          Dated:  October 16, 2013
                                          Request to appear by phone is GRANTED.
                                          However the Court will call counsel at
                                          10:00 a.m., on December 5, 2013.  Magistrate
                                          Judge James does not use Courtcall.  Counsel
                                          shall make herself available beginning at
                                          10:00 a.m.

GRANTED
/s/ Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case 3:13-cv-03927-MEJ   Document 11   Filed 10/16/13   Page 3 of 3

PROPOSED ORDER

Plaintiff's request to appear via CourtCall at the December 5th Case Management Conference is granted.

Date: October ___, 2013                By: _____
                                       The Honorable Maria-Elena James
                                       Magistrate Judge of the United States
                                       District Court-Northern District of
                                       California

**Request to Appear via CourtCall**